THOMAS VINCENT, Respondent, *v.* JOHN F. ALDEN, Appellant.

*Vincent* v. *Alden*, 75 App. Div. 615, affirmed.
(Argued December 10, 1903; decided January 5, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department. entered July 14, 1902, affirming a judgment in favor of plaintiff entered upon a verdict.

*T. B. Cotter* for appellant.

*L. L. Shedden* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: O'BRIEN, BARTLETT, MARTIN and CULLEN, JJ. Dissenting: PARKER, Ch. J., and GRAY, J. Absent: HAIGHT, J.